STATE of Maine

v.

**David MUZZEROLE.**

Supreme Judicial Court of Maine.

Argued Jan. 9, 1985.

Decided Jan. 14, 1985.

David W. Crook, Dist. Atty., John Alsop, Asst. Dist. Atty. (orally), Skowhegan, for plaintiff.

David R. Butler (orally), Waterville, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

David Muzzerole appeals from his conviction in Superior Court, Somerset County, of robbery, 17–A M.R.S.A. § 651. Although the defendant alleges insufficient evidence to support his conviction, our careful review of the record reveals ample evidence to sustain the jury's verdict that the defendant was guilty beyond a reasonable doubt. *State v. Anderson,* 434 A.2d 6, 8 (Me.1981).

The entry is:

Judgment affirmed.

All concurring.